UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHEIKHOUNA DIOP,

                Petitioner,                    Case No. 1:26-cv-284

v.                                             Honorable Paul L. Maloney

KRISTI NOEM et al.,

                Respondents.

_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for an emergency temporary restraining order

(ECF No. 2) is **DISMISSED** as moot.


Dated:        February 19, 2026           /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge